IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARSHA AVERY**                                                                                         **PLAINTIFF**

**VS.**                                            **CASE NO. 5:15CV00019 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 27th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE